Henry M. ORNE et al., Executors, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 74.

Circuit Court of Appeals, Second Circuit.

Dec. 21, 1944.

William G. Murphy, of New York City, for petitioners.

Melva M. Graney, of Washington, D. C., for respondent.

Before L. HAND, AUGUSTUS N. HAND and FRANK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Helvering v. Hallock, 309 U.S. 106, 60 S.Ct. 444, 84 L. Ed. 604, 125 A.L.R. 1368.